**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 12-cr-0063-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JUAN ANTONIO RESENDIZ,

    Defendant.

---

**ORDER SETTING CHANGE OF PLEA HEARING AND
GRANTING REQUEST FOR IMMEDIATE SENTENCING**

---

This matter comes before the Court on Defendant's Notice of Disposition and the Parties' Request for Immediate Sentencing (ECF No. 15), filed on March 5, 2012. The Court having reviewed the Notice and Request, as well as the applicable Record, hereby ORDERS as follows:

    A.    A combined Change of Plea and Immediate Sentencing Hearing is hereby set for April 18, 2012 at 3:30 p.m. in Courtroom A801. The Final Trial Preparation Conference and Trial dates currently set in this action are hereby VACATED. Counsel for the parties shall e-mail to Chambers courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" no later than **12:00 p.m. on April 9, 2012**.

    B.    If these documents are not timely submitted, the hearing may be vacated. The signed original and one copy of these documents must also be given to the courtroom deputy at the time of the hearing, pursuant to D.C.COLO.LCrR 11.1F.

Defense counsel is responsible for coordinating with the court interpreter to ensure that both the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty are translated, in writing, furnished to defendant and signed by defendant in advance of the change of plea hearing.

C. It is FURTHER ORDERED that defense counsel who reviewed and advised Defendant regarding the plea agreement must attend this combined Change of Plea and Immediate Sentencing Hearing. Pursuant to WJM Revised Practice Standard VIII.I.1.c, the AUSA assigned to this matter must also be present at the hearing. If that AUSA cannot attend in person, s/he must be present by phone and a fully-briefed substitute AUSA must be physically present in the courtroom at the time of the hearing.

D. It is FURTHER ORDERED that in accordance with this Court's Revised Practice Standards, all motions for a sentencing departure, for a statutory variant sentence outside the advisory guideline range, for a change in offense level, to dismiss counts or the indictment, or for acceptance of responsibility, **MUST be filed no later than 14 days prior to the date of the combined Change of Plea and Immediate Sentencing Hearing.** Proposed orders on such motions must be provided to the Chambers e-mail address at the same time. **Responses to such motions must be filed at least 7 days prior to the date of the sentencing hearing**. Sentencing-related filings not in compliance with these deadlines may result in a continuance of the sentencing hearing.

E. The Probation Office shall prepare a Restricted Immediate Sentencing Report as soon as practicable, but in no event later than April 9, 2012.

Dated this 6th day of March, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge